THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>      v.<br><br>ESCROW SERVICES OF WASHINGTON, LLC, *et al.*,<br><br>                Defendants. | CASE NO. C22-0630-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed its original complaint on May 10, 2022 and the Clerk issued summons on May 12, 2022. (*See* Dkt. Nos. 1, 5.) Yet Plaintiff has not provided the Court with an affidavit of service for any of the named Defendants within the prescribed 90-day time limit. *See* Fed. R. Civ. P. 4(m). Nor does the Amended Complaint (Dkt. No. 6) properly plead this Court's subject matter jurisdiction, as it fails to allege the citizenship of the owners/members of Defendant Escrow Services of Washington, LLC. According to LCR 8(a), in diversity cases, "the complaint must identify the citizenship of the parties, and, if any of the parties is a limited liability corporation (LLC), a limited liability partnership (LLP), or a partnership, identify the citizenship of the owners/partners/members of those entities to establish the court's jurisdiction."

Accordingly, Plaintiff is ORDERED within ten (10) days to SHOW CAUSE why the Court should not dismiss this action for failure to prosecute and/or lack of subject matter jurisdiction.

DATED this 11th day of August 2022.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk