THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY, | CASE NO. C22-0630-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ESCROW SERVICES OF WASHINGTON, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's response (Dkt. No. 14) to the Court's order to show cause (Dkt. No. 13) why this matter should not be dismissed without prejudice for failure to prosecute. According to the response, Defendant Aurora Lynn Rivera, who is the sole owner/operator of Defendant Escrow Services of Washington ("ESW"), submitted a bankruptcy filing shortly after Plaintiff initiated suit. (*See* Dkt. No. 15 at 4–13.) And while the automatic stay provided by 11 U.S.C. § 362(a) directly implicates solely those claims against Ms. Rivera, Plaintiff contends it indirectly implicates claims against ESW. For this reason, Plaintiff asks the Court to stay this matter in its entirety, pending resolution of the bankruptcy proceeding.

Finding good cause, this case is hereby STAYED until Ms. Rivera's bankruptcy

MINUTE ORDER
C22-0630-JCC
PAGE - 1

proceedings is resolved and/or the Bankruptcy Court grants Plaintiff relief from the stay. Within 14 days of the termination of the stay, the parties must file a joint status report notifying the Court of the termination of the stay.

DATED this 1st day of August 2023.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Samantha Spraker
                                        Deputy Clerk